**Order filed January 30, 2020**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-19-00728-CV

———————

**MARIA REYES, Appellant**

**V.**

**SOUTHERN VANGUARD INSURANCE COMPANY, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1099091**

---

## O R D E R

Appellant's brief was due January 15, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **February 28, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.